Wendy B. Pfau, SBN: 257215
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
Email: wpfau@potterpadillalaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANET DEL ROSARIO COLLETTE, | Case No.:  2:25-cv-02270-KES |
| Plaintiff, | [~~PROPOSED~~] **ORDER AWARDING** |
|  | **EQUAL ACCESS TO JUSTICE** |
| vs. | **ACT ATTORNEY FEES** |
|  | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| FRANK BISIGNANO, Commissioner of Social Security, |  |
| Defendant |  |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees in the amount of $8,200 (Eight Thousand, Two Hundred Dollars and No Cents) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in addition to $405 (Four Hundred and Five Dollars and No Cents) for costs under 28 U.S.C. §1920.

Date: October 31, 2025    _Karen E. Scott_

HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE